

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2020

No. 04-20-00191-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Arturo **LOPEZ** and Elizabeth Lopez,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01577
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The reporter's record was originally due April 2, 2020, but was not filed. On April 3, 2020, the court reporter filed a notification of late record, requesting an extension of time to file the record because she was not notified the record was necessary until she received an email from this court on April 1, 2020. We therefore **ORDER** appellant to provide written proof to this court **by April 13, 2020** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record is writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court